IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01994-RPM

RONELLE LUND,

    Plaintiff,

v.

GEORGE HILLIARD,

    Defendant.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulated Motion to Dismiss with Prejudice [14] filed on June 28, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to pay their respective costs and fees incurred.

Dated:   June 29th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge